**CLARKSON LAW FIRM, P.C.**
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Kelsey J. Elling (SBN 337915)
*kelling@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

**O'MELVENY & MYERS LLP**
Matthew D. Powers (SBN 212682)
*mpowers@omm.com*
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel: (415) 984-8700

**PATTERSON BELKNAP WEBB & TYLER LLP**
William F. Cavanaugh, Jr. (SBN 133461)
*mfcavanaugh@pbwt.com*
Jane Metcalf (*pro hac vice*)
*jmetcalf@pbwt.com*
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PRESCOTT, MARLEEN VILLARREAL, OMAR MASRY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. 5:23-cv-04348-PCP<br><br>CLASS ACTION<br><br>Assigned to Hon. P. Casey Pitts<br><br>**ADMINISTRATIVE MOTION AND JOINT STIPULATION TO APPEAR REMOTELY AT CASE MANAGEMENT CONFERENCE**<br><br>Hearing Information<br>Date: June 13, 2024<br>Time: 1:00 p.m.<br>Ctrm: 8, 4th Floor |

Plaintiffs Steven Prescott, Marleen Villarreal, and Omar Masry ("Plaintiffs") and Defendant Abbott Laboratories ("Defendant") (collectively, the "Parties"), pursuant to Civil Local Rule 7-11 and 7-12 and the Standing Order for Judge P. Casey Pitts, hereby jointly request that the Case Management Conference ("CMC") currently scheduled for June 13, 2024 be via remote Zoom teleconference.

Good cause exists for the request. The attorneys who intend to attend the CMC on behalf of Plaintiffs reside in Charlotte, North Carolina and Los Angeles, California and the attorneys who intend to attend the CMC on behalf of Defendant reside in New York. Therefore, permitting the Parties to appear remotely at the CMC would save time, resources, and expenses related to flights, ground transport, hotels, and travel. Additionally, enabling the Parties to attend the scheduled CMC remotely will not impede their ability to participate fully in the CMC. Accordingly, the Parties have met and conferred and have stipulated to filing this Administrative Motion and to seek relief from this Court to appear via Zoom at the CMC.

IT IS SO STIPULATED.

DATED: May 30, 2024　　　　　　　　　　**CLARKSON LAW FIRM, P.C.**

By: */s/ Kelsey J. Elling*
　　Shireen M. Clarkson, Esq.
　　Bahar Sodaify, Esq.
　　Kelsey J. Elling, Esq.

*Attorneys for Plaintiffs*

DATED: May 30, 2024　　　　　　　　　　**O'MELVENY & MYERS LLP**

By: */s/ Matthew D. Powers*
　　Matthew D. Powers, Esq.

**PATTERSON BELKNAP WEBB & TYLER LLP**

　　William F. Cavanaugh, Jr. Esq,
　　Jane Metcalf, Esq.

*Attorneys for Defendant*

1  **ATTESTATION UNDER LOCAL RULE 5-1(i)(3)**

2  Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories

3  listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized

4  the filing.

6  DATED: May 30, 2024                                  **CLARKSON LAW FIRM, P.C.**

7  By: */s/ Kelsey J. Elling*
        Kelsey J. Elling, Esq.