# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PRESCOTT, MARLEEN VILLARREAL, OMAR MASRY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. 5:23-cv-04348-PCP<br><br>CLASS ACTION<br><br>Assigned to Hon. P. Casey Pitts<br><br>[PROPOSED] **ORDER GRANTING ADMINISTRATIVE MOTION AND JOINT STIPULATION TO APPEAR REMOTELY AT CASE MANAGEMENT CONFERENCE**<br><br><u>Hearing Information</u><br>Date:  June 13, 2024<br>Time:  1:00 p.m.<br>Ctrm:  8, 4th Floor |

Pursuant to the Parties' Administrative Motion and Joint Stipulation to Appear Remotely at the Case Management Conference and for good cause shown, the Court hesreby grants the Parties' Motion to allow the Parties to appear via Zoom conference at the Case Management Conference on June 13, 2024 at 1:00 pm (PT).

**IT IS SO ORDERED.**

DATED: June 3, 2024

HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE