**CLARKSON LAW FIRM, P.C.**
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Kelsey J. Elling (SBN 337915)
*kelling@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PRESCOTT, MARLEEN VILLARREAL, and OMAR MASRY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. 5:23-cv-04348-PCP<br><br>CLASS ACTION<br><br>Assigned to Hon. P. Casey Pitts<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF STEVEN PRESCOTT** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Steven Prescott hereby voluntarily dismisses his claims in this action without prejudice. This notice of voluntary dismissal without prejudice of Plaintiff Steven Prescott is filed before any answer or motion for summary judgment has been filed by Defendant Abbott Laboratories, and applies only to Plaintiff Steven Prescott. Plaintiffs Marleen Villarreal and Omar Masry remain Plaintiffs in this case, and their claims against Defendant in this case are still active and unaffected by this notice.

DATED: July 1, 2024

**CLARKSON LAW FIRM, P.C.**

By: */s/ Kelsey J. Elling*
    Shireen M. Clarkson, Esq.
    Bahar Sodaify, Esq.
    Kelsey J. Elling, Esq.

*Attorneys for Plaintiffs*