1

2

3                          UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

6    OMAR MASRY,                               Case No. 23-cv-04348-NW

7              Plaintiff,
                                               **JUDGMENT**
8         v.
                                               Re: ECF No. 81
9    ABBOTT LABORATORIES,

10             Defendant.

11

12        On August 28, 2025, the Court granted Defendant's motion for summary judgment.  ECF

13   No. 122.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in

14   favor of Defendant and against Plaintiff.  The Clerk of Court shall close the file in this matter.

15        **IT IS SO ORDERED.**

16   Dated: August 28, 2025

17   _____

18                                             Noël Wise
                                               United States District Judge
19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California